*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00377-CR

The **STATE** of Texas,
Appellant

v.

Katherine **ZAWORA**,
Appellee

From the County Court at Law Number 4, Bexar County, Texas
Trial Court No. 883209
Honorable Sarah Garrahan-Moulder, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
             Catherine Stone, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   June 18, 2008

MOTION TO DISMISS GRANTED; DISMISSED

Appellant, the State of Texas, has filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish